# ALABAMA COURT OF CRIMINAL APPEALS



November 17, 2023

**CR-2023-0123**
Michael Steven Painter v. State of Alabama (Appeal from Fayette Circuit Court:
CC-21-273 and CC-21-274)

## NOTICE

You are hereby notified that on November 17, 2023, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk